Michael B. Hurd (*pro hac vice*)
mhurd@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
(913) 647-9050   Fax: (913) 647-9057

Dennis G. Martin, Cal. Bar No. 54060
dennis_martin@bstz.com
BLAKELY SOKOLOFF TAYLOR ZAFMAN LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025-1030
(310) 207-3800   Fax: (310) 820-5988

ATTORNEYS FOR DEFENDANT,
SPLASHTACULAR, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>           Plaintiff,<br><br>v.<br><br>SPLASHTACULAR, INC., a Kansas corporation,<br><br>           Defendant. | Case No. 2:12-cv-01423 PSG (DTBx)<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF SPLASHTACULAR, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FILED PUBLICLY]**<br><br>Magistrate Judge: Hon. David T. Bristow<br>Assigned to:     Hon. Philip S. Gutierrez<br>Complaint Filed: February 17, 2012<br>Trial Date:      June 25, 2013 |

Defendant, SplashTacular, Inc. submits the following Statement of Undisputed Facts in support of its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, Local Rule 56-1, and the Standing Order of this Court. Because the Statement references the content of numerous documents that have been designated "Confidential" and/or "Attorney's Eyes Only," it is filed under seal pursuant to the Court's July 30, 2012 Stipulated Protective Order and Local Civil Rule 79-5.1.















1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Respectfully submitted,

Dated:  April 2, 2013          /s/ *Dennis G. Martin*
                              Local Counsel for Defendant, SplashTacular, Inc.

                              Michael B. Hurd
                              HOVEY WILLIAMS LLP
                              10801 Mastin Boulevard, Suite 1000
                              Overland Park, Kansas 66210
                              ATTORNEYS FOR DEFENDANT,
                              SPLASHTACULAR, INC.