1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-FILED 05/21/13
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SPLASHTACULAR, INC., a Kansas corporation,<br><br>          Defendants. | CASE NO.  2:12-cv-01423 PSG (DTBx)<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION DISMISS ACTION<br><br>Assigned to:       Hon. Philip S. Gutierrez<br><br>Complaint Filed: February 17, 2012<br>Trial Date:        June 25, 2013 |

OC 287103691v1

1       Pursuant to the stipulation by Plaintiff Whitewater West Industries, Ltd. and

2  Defendant SplashTacular, Inc., the Court ORDERS that all proceedings in this action are

3  hereby dismissed without prejudice.

4       **IT IS SO ORDERED.**

6  DATED:    5/21/13       By:        PHILIP S. GUTIERREZ

7                                 Hon. Philip S. Gutierrez
United States District Judge

[PROPOSED] ORDER RE JOINT STIPULATION DISMISS ACTION

OC 287103691v1